UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) ) ) | **COMPLAINT IN CONDEMNATION WITH DECLARATION OF TAKING** |
| vs. | ) ) | |
| 7.259 ACRES OF LAND, MORE OR LESS, SITUATE IN DOÑA ANA COUNTY, STATE OF NEW MEXICO; STATE OF NEW MEXICO; AND DOÑA ANA COUNTY TREASURER, | ) ) ) ) | CIVIL NO.   2:26-cv-01938 |
| Defendants. | ) ) | 40 U.S.C. § 3114 |
| | ) ) | |

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security and the Chief, U.S. Border Patrol, U.S. Customs and Border Protection, for the taking of land in Dona Ana County, New Mexico, under its power of eminent domain and through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.  The Court has venue under 28 U.S.C. § 1403.

3.      The authority for the acquisition is set forth in Schedule A, which is attached hereto and made a part hereof.

4.      The public purpose for which said property is taken is set forth in Schedule B, which is attached hereto and made a part hereof.

5.      A legal description of the land taken is set forth in Schedule C, which is attached hereto and made a part hereof.

6.      A plat (map) showing the land taken is set forth in Schedule D, which is attached hereto and made a part hereof.

7.      The estate taken in the property is described in Schedule E, which is attached hereto and made a part hereof.

8.      The estimate of just compensation is stated in Schedule F, which is attached hereto and made a part hereof.

9.      The names and addresses of known parties having or claiming an interest in said property, all of which are named as defendants, are set forth in Schedule G, which is attached hereto and made a part hereof.

WHEREFORE, Plaintiff United States of America requests judgment that the property and interests be condemned, that just compensation for the taking be ascertained and awarded, and the Court award such other relief as may be lawful and proper.


DATED:  June 16, 2026                    UNITED STATES OF AMERICA



s/ *Charlotte M. Huffman*

CHARLOTTE HUFFMAN (IL Bar No. 6296779)
ANDREA C. BONVECCHIO (NC Bar No. 56438)
Trial Attorneys, U.S. Department of Justice
Land Acquisition Section
Environment & Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 305-5160
Fax: (202) 514-8865
E-mail: charlotte.huffman@usdoj.gov
andrea.bonvecchio@usdoj.gov

ANDREW A. SMITH (NM Bar No. 8341)
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102

Tel: (505) 224-1468
Fax: (505) 346-7205
E-mail: andrew.smith@usdoj.gov

*Attorneys for Plaintiff United States of America*