## SCHEDULE C

### LEGAL DESCRIPTION

Doña Ana County, New Mexico

Tract: EPT-STN-1016
Owner: State of New Mexico
Acres: 7.259

**Being** a 7.259 acre (316,209 square feet) parcel of land, more or less, being a portion of the State of New Mexico tract, by U.S. patent recorded in instrument no. 0531500, deed records of Dona Ana County, New Mexico, lying in lots 1, 2, 3 and 4 of Section 16, Township 29, South, Range 3, East, Dona Ana County, New Mexico. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker, said point being a 3 1/2" aluminum cap set in concrete stamped EMC-04, having the following NAD83 (2011) Grid Coordinates: N= 287643.126, E= 1508727.141;

**Thence: S86°** 47' 23"E, a distance of 7264.39 feet to a 1/2" rebar on the Section line common with Sections 16 and 17, T-29-S, R-3-E, being on the West line of the parent tract owned by State of New Mexico, by U.S. Patent recorded in (Instrument No. 0531500), being on the East line of Santa Teresa Capital, LLC (Instrument No. 1330896) said point being the Point of Commencement, having grid coordinates N= 287236.329, E= 1515980.136;

**Thence:** along said common line, S00° 07' 04"W, a distance of 1832.29 feet to a set 5/8" rebar and cap stamped EPT-STN-1015-1=1016-1; said point being a common corner to the United States of America 60' Wide Roosevelt Reservation (Book 327, Page 209), Union Ganadera Regional de Chihuahua Cooperative, Inc (Instrument No. 9612778) and the State of New Mexico tract, Instrument No. 0531500; said point being the **Point of Beginning**, having the following grid coordinates N= 285404.042, E= 1515976.366;

**Thence:** S89° 50' 11"E for a distance of 5,270.23 feet to a set 5/8" rebar and aluminum cap, stamped EPT-STN-1016-2=1017-4, being the Northeast corner of this tract, on the Section line common with Sections 16 and 15, T-29-S, R-3-E, the East line of the parent tract owned by State of New Mexico, by U.S. Patent recorded in instrument no. 0531500 and the Northwest corner of the Roosevelt Reservation tract, described in the Bureau of Land Management supplemental plat of Sections 13, 14, 15, 16, 17 and 18, T-29-S, R-3-E, for angle;

**Thence:** along said property and Section line, S00° 15' 21"W a distance of 60 feet to a calculated point, designated as EPT-STN-1016-3=1017-3 on the international boundary and Southwest corner of the Roosevelt Reservation tract, described in the Bureau of Land

Management supplemental plat of Sections 13, 14, 15, 16, 17 and 18, T-29-S, R-3-E, for angle;

**Thence:** continuing along said international boundary, N89° 50' 11"W for a distance of 5,270.09 feet to a calculated point, designated as EPT-STN-1015-2=1016-4 on the Section line common with Sections 16 and 17, T-29-S, R-3-E, the West line of the parent tract owned by State of New Mexico, by U.S. Patent recorded in instrument no. 0531500 and the Southwest corner of the Roosevelt Reservation tract, described in the Bureau of Land Management supplemental plat of Sections 13, 14, 15, 16, 17 and 18, T-29-S, R-3-E, for angle;

**Thence:** along said property and Section line, N00° 07' 04"E for a total distance of 60.00 feet, returning to the **Point of Beginning**.

**Note:** THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE NEW MEXICO STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), NM CENTRAL ZONE(3002), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A COMBINED SCALE FACTOR OF 0.9997345015 (E.G. GRID / 0.9997345015 = SURFACE).