**SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is SEVEN HUNDRED NINETY-EIGHT THOUSAND, FIVE HUNDRED DOLLARS AND NO/100 ($798,500.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.