## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Parties | Reference |
|---|---|
| State of New Mexico<br>New Mexico State Land Office<br>310 Old Santa Fe Trail<br>Santa Fe, NM 87501<br><br>***Please serve:***<br>Ari Biernoff, General Counsel<br>New Mexico State Land Office<br>310 Old Santa Fe Trail<br>Santa Fe, NM 87501<br><br>New Mexico Attorney General Raúl Torrez<br>New Mexico Department of Justice<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501<br><br>The Honorable Michelle Lujan Grisham<br>Office of the Governor<br>490 Old Santa Fe Trail, Room 400<br>Santa Fe, NM 87501 | Owner of land described in Schedule C;<br>US Patent No. 1195067 |
| Doña Ana County Treasurer<br>c/o Marisol Richardson<br>845 N. Motel Blvd<br>Las Cruces, NM 88007<br><br>*Please serve:*<br>Alonzo Maestas, Deputy County Attorney<br>Doña Ana County<br>845 N Motel Blvd<br>Las Cruces, NM 88007<br>alonzom@donaana.gov | Taxing Authority<br>Parcel ID 4-015-171-256-174 |