UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | **DECLARATION OF TAKING** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| 7.259 ACRES OF LAND, MORE OR LESS, SITUATE IN DOÑA ANA COUNTY, STATE OF NEW MEXICO; STATE OF NEW MEXICO; AND DOÑA ANA COUNTY TREASURER, | ) ) ) ) ) | CIVIL NO.  2:26-cv-01938 |
| Defendants. | ) ) | |

DECLARATION OF TAKING

I, Paul Enriquez, Acquisition Program Manager, Wall Program Management Office U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, under the authority delegated to me by the Act of Congress approved November 25, 2002, as Public Law 107-296, 116 Stat. 2311 and codified at 6 U.S.C. §§ 202, 251, and 557, which transferred certain authorities of the Attorney General to the Secretary of Homeland Security; and by DHS Delegation No. 7010.3(II)(B), which delegated land acquisition authority from the Secretary of Homeland Security to the Commissioner of U.S. Customs and Border Protection; and by CBP Delegation 18-200, which delegated land acquisition authority of $5 million dollars or less to the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol; do hereby declare that:

1.	The authority for the acquisition of the estate in the property taken is set forth in Schedule A.

2.	The public purpose for which the property is taken is set forth in Schedule B.

3.      The legal description of the property taken is set forth in Schedule C.

4.      A map or plat showing the land being taken is set forth in Schedule D.

5.      The estate taken in the property is set forth in Schedule E.

6.      The amount estimated to be just compensation for the taking, which sum I caused to be deposited in the Registry of the Court for the use and benefit of the persons entitled to it, is set forth in Schedule F.  I am of the opinion that the ultimate award for the taking will be within the limit prescribed by law on the price to be paid for it.

7.      The names and addresses of known parties who have or may claim an interest in the property are set forth in Schedule G.

8.      The United States of America made best efforts to negotiate acquisition of the property interest sought prior to filing this condemnation action.

I, Paul Enriquez, Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, state and declare that the property rights acquired are taken in the name of and for the use of the United States of America under the authority and for the public purpose stated herein.

IN WITNESS WHEREOF, the United States of America, by direction of the Secretary of the Department of Homeland Security and the Chief, U.S. Border Patrol, U.S. Customs and Border Protection, hereunto authorized, subscribes his name this __8th__ day of _____June_____, 2026 in the City of Washington, District of Columbia.

UNITED STATES OF AMERICA

**Paul Enriquez** Digitally signed by Paul Enriquez
Date: 2026.06.08 10:34:04 -04'00'

BY:_____

    Paul Enriquez
    Acquisition Program Manager
    U.S. Border Patrol Program Management Office
    Directorate
    U.S. Border Patrol
    U.S. Customs and Border Protection
    Department of Homeland Security

## SCHEDULE A

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved July 4, 2025, as Public Law 119-21, tit. IX, sec. 90001, 139 Stat. 72, 357-58, which appropriated the funds that shall be used for the taking.

## SCHEDULE B

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of New Mexico.

## SCHEDULE C

LEGAL DESCRIPTION

Doña Ana County, New Mexico

Tract: EPT-STN-1016
Owner: State of New Mexico
Acres: 7.259

**Being** a 7.259 acre (316,209 square feet) parcel of land, more or less, being a portion of the State of New Mexico tract, by U.S. patent recorded in instrument no. 0531500, deed records of Dona Ana County, New Mexico, lying in lots 1, 2, 3 and 4 of Section 16, Township 29, South, Range 3, East, Dona Ana County, New Mexico. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker, said point being a 3 1/2" aluminum cap set in concrete stamped EMC-04, having the following NAD83 (2011) Grid Coordinates: N= 287643.126, E= 1508727.141;

**Thence: S86°** 47' 23"E, a distance of 7264.39 feet to a 1/2" rebar on the Section line common with Sections 16 and 17, T-29-S, R-3-E, being on the West line of the parent tract owned by State of New Mexico, by U.S. Patent recorded in (Instrument No. 0531500), being on the East line of Santa Teresa Capital, LLC (Instrument No. 1330896) said point being the Point of Commencement, having grid coordinates N= 287236.329, E= 1515980.136;

**Thence:** along said common line, S00° 07' 04"W, a distance of 1832.29 feet to a set 5/8" rebar and cap stamped EPT-STN-1015-1=1016-1; said point being a common corner to the United States of America 60' Wide Roosevelt Reservation (Book 327, Page 209), Union Ganadera Regional de Chihuahua Cooperative, Inc (Instrument No. 9612778) and the State of New Mexico tract, Instrument No. 0531500; said point being the **Point of Beginning**, having the following grid coordinates N= 285404.042, E= 1515976.366;

**Thence:** S89° 50' 11"E for a distance of 5,270.23 feet to a set 5/8" rebar and aluminum cap, stamped EPT-STN-1016-2=1017-4, being the Northeast corner of this tract, on the Section line common with Sections 16 and 15, T-29-S, R-3-E, the East line of the parent tract owned by State of New Mexico, by U.S. Patent recorded in instrument no. 0531500 and the Northwest corner of the Roosevelt Reservation tract, described in the Bureau of Land Management supplemental plat of Sections 13, 14, 15, 16, 17 and 18, T-29-S, R-3-E, for angle;

**Thence:** along said property and Section line, S00° 15' 21"W a distance of 60 feet to a calculated point, designated as EPT-STN-1016-3=1017-3 on the international boundary and Southwest corner of the Roosevelt Reservation tract, described in the Bureau of Land

Management supplemental plat of Sections 13, 14, 15, 16, 17 and 18, T-29-S, R-3-E, for angle;

**Thence:** continuing along said international boundary, N89° 50' 11"W for a distance of 5,270.09 feet to a calculated point, designated as EPT-STN-1015-2=1016-4 on the Section line common with Sections 16 and 17, T-29-S, R-3-E, the West line of the parent tract owned by State of New Mexico, by U.S. Patent recorded in instrument no. 0531500 and the Southwest corner of the Roosevelt Reservation tract, described in the Bureau of Land Management supplemental plat of Sections 13, 14, 15, 16, 17 and 18, T-29-S, R-3-E, for angle;

**Thence:** along said property and Section line, N00° 07' 04"E for a total distance of 60.00 feet, returning to the **Point of Beginning**.


**Note:** THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE NEW MEXICO STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), NM CENTRAL ZONE(3002), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A COMBINED SCALE FACTOR OF 0.9997345015 (E.G. GRID / 0.9997345015 = SURFACE).

**PORTION OF
SECTIONS 16, T-29-S, R-3-E
DONA ANA COUNTY, NEW MEXICO**

# SCHEDULE D
## MAP or PLAT



UNION GANADERA REGIONAL DE CHIHUAHUA INC
PROPERTY ID: 4014171400300
INSTRUMENT NO. 9612778 (PUBLIC ACCESS RESTRICTED)
D.R.D.C.
MAY 29, 1996

SECTION 9
T-29-S, R-3-E | SECTION 10
T-29-S, R-3-E

SECTION 10
T-29-S, R-3-E | SECTION 11
T-29-S, R-3-E

SANTA TERESA CAPITAL, LLC
PROPERTY ID: 4016170264264
INSTRUMENT NO. 1330896
(PORTION OF 3711.16 AC. PARCEL, PG: 37 OF 51)
D.R.D.C.
DECEMBER 23, 2013

VILLALOBOS ENRIQUE
PROPERTY ID: 4017171400460
DON ANA COUNTY TAX MAP

SECTION 9
T-29-S, R-3-E | SECTION 10
T-29-S, R-3-E

SECTION 10
T-29-S, R-3-E | SECTION 11
T-29-S, R-3-E

SECTION 16
T-29-S, R-3-E

SANTA TERESA CAPITAL, LLC
PROPERTY ID: 4015171070066
INSTRUMENT NO. 1330896
(PORTION OF 3711.16 AC.
PARCEL, PG: 37 OF 51)
D.R.D.C.
DECEMBER 23, 2013

SECTION 10
T-29-S, R-3-E | SECTION 15
T-29-S, R-3-E

SANTA TERESA CAPITAL, LLC
PROPERTY ID: 4015171462068
INSTRUMENT NO. 1330896
(PORTION OF 3711.16 AC.
PARCEL, PG: 37 OF 51)
D.R.D.C.
DECEMBER 23, 2013

SECTION 15
T-29-S, R-3-E | SECTION 14
T-29-S, R-3-E

JURADO ISRAEL & ELVEA
REV. LIV. TRUST
PROPERTY ID:
4017171400080
DON ANA COUNTY TAX MAP

STATE OF NEW MEXICO
PROPERTY ID: 4015171256174
INSTRUMENT NO. 0531500
D.R.D.C.
SEPTEMBER 13, 2005

**EPT-STN-1016
7.259 AC.
316,209 SQ. FT.**

SANTA TERESA CAPITAL, LLC
PROPERTY ID: 4016171264166
INSTRUMENT NO. 1330896
(PORTION OF 3711.16 AC. PARCEL, PG: 37 OF 51)
D.R.D.C.
DECEMBER 23, 2013

SANTA TERESA, LLC
PROPERTY ID: 4017171260160
INSTRUMENT NO. 1330896
(PORTION OF 3711.16 AC. PARCEL, PG: 37 OF 51)
D.R.D.C.
DECEMBER 23, 2013

EPT-STN-1015

EPT-STN-1017

*U.S.A. STATE OF NEW MEXICO*

*MEXICO*

UNITED STATES OF AMERICA
60' WIDE ROOSEVELT RESERVATION

**PLAT SHOWING** A 7.259 ACRE (316,209 SQUARE FEET) PARCEL OF LAND, MORE OR LESS, BEING A PORTION OF THE STATE OF NEW MEXICO TRACT, BY U.S. PATENT RECORDED IN INSTRUMENT NO. 0531500, DEED RECORDS OF DONA ANA COUNTY, NEW MEXICO, LYING IN LOTS 1, 2, 3 AND 4 OF SECTION 16, TOWNSHIP 29, SOUTH, RANGE 3, EAST, DONA ANA COUNTY, NEW MEXICO.

I, WILLIAM GRAY, NEW MEXICO REGISTERED PROFESSIONAL SURVEYOR NO. 20162, DO HEREBY CERTIFY THAT THIS BOUNDARY SURVEY WAS PERFORMED BY ME OR UNDER MY DIRECT SUPERVISION, THAT THIS SURVEY MEETS THE MINIMUM STANDARDS FOR SURVEYING IN THE STATE OF NEW MEXICO; AS PROMULGATED BY THE NEW MEXICO BOARD OF PROFESSIONAL LAND SURVEYORS.

WILLIAM GRAY    R.P.L.S. 20162

| AREA TABLE | |
|---|---|
| **AREA** | **ACRES** |
| PARENT TRACT | ±309.057 |
| TAKING TRACT | ±7.259 |
| REMAINING PARENT TRACT NORTH OF TAKING TRACT | ±301.798 |
| REMAINING PARENT TRACT SOUTH OF TAKING TRACT | ±0.000 |

GRID NORTH

0    2000    4000

SCALE: 1" = 2000'
COMBINED SCALE FACTOR: 0.9997345015
CONVERGENCE ANGLE: -0° 10' 02"

SHEET NUMBER
19 OF 19

METES & BOUNDS SURVEY
STATE OF NEW MEXICO
TRACT NO. EPT-STN-1016
DONA ANA COUNTY, NEW MEXICO

| Mark | Description | Date | Appr. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | BY | DATE |
|---|---|---|
| Drawn | JP | 8/25 |
| Checked | BG | 8/25 |
| Surveyor | BG | 8/25 |
| Fld.Bk. # | EMC-25-082 | |

Contract No.: W912P9-20-D-0023
Task Order No.: Santa Teresa Boundary Survey

**EMC** SURVEYING & MAPPING
2472 SUNSET DRIVE
GRENADA, MISSISSIPPI 38901
PHONE: (662) 226-5166
EMAIL: INFO@EMCSURVEY.COM
WEB: WWW.EMCSURVEY.COM

US Army Corps
of Engineers

EMC PROJECT NO. 25-082    FILE NAME: EPT-STN-1016.DWG    DATE: 8/29/2025

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE E

ESTATE TAKEN

Doña Ana County, New Mexico

Tract: EPT-STN-1016

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE F

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is SEVEN HUNDRED NINETY-EIGHT THOUSAND, FIVE HUNDRED DOLLARS AND NO/100 ($798,500.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Parties | Reference |
|---|---|
| State of New Mexico<br>New Mexico State Land Office<br>310 Old Santa Fe Trail<br>Santa Fe, NM 87501<br><br>*Please serve:*<br>Ari Biernoff, General Counsel<br>New Mexico State Land Office<br>310 Old Santa Fe Trail<br>Santa Fe, NM 87501<br><br>New Mexico Attorney General Raúl Torrez<br>New Mexico Department of Justice<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501<br><br>The Honorable Michelle Lujan Grisham<br>Office of the Governor<br>490 Old Santa Fe Trail, Room 400<br>Santa Fe, NM 87501 | Owner of land described in Schedule C;<br>US Patent No. 1195067 |
| Doña Ana County Treasurer<br>c/o Marisol Richardson<br>845 N. Motel Blvd<br>Las Cruces, NM 88007<br><br>*Please serve:*<br>Alonzo Maestas, Deputy County Attorney<br>Doña Ana County<br>845 N Motel Blvd<br>Las Cruces, NM 88007<br>alonzom@donaana.gov | Taxing Authority<br>Parcel ID 4015171256174 |