PORTION OF
**SECTIONS 16, T-29-S, R-3-E**
**DONA ANA COUNTY, NEW MEXICO**

## SCHEDULE D
## MAP or PLAT



① UNION GANADERA REGIONAL DE CHIHUACHA INC
PROPERTY ID: 4014171400300
INSTRUMENT NO. 9612778 (PUBLIC ACCESS RESTRICTED)
D.R.D.C.
MAY 29, 1996

SECTION 9 T-29-S, R-3-E | SECTION 10 T-29-S, R-3-E

SECTION 10 T-29-S, R-3-E | SECTION 11 T-29-S, R-3-E

SANTA TERESA CAPITAL, LLC
PROPERTY ID: 4016170264264
INSTRUMENT NO. 1330896
(PORTION OF 3711.16 AC. PARCEL, PG: 37 OF 51)
D.R.D.C.
DECEMBER 23, 2013

VILLALOBOS ENRIQUE
PROPERTY ID: 4017171400460
DON ANA COUNTY TAX MAP

SECTION 9 T-29-S, R-3-E | SECTION 10 T-29-S, R-3-E

SECTION 10 T-29-S, R-3-E | SECTION 11 T-29-S, R-3-E

SECTION 16 T-29-S, R-3-E | SECTION 15 T-29-S, R-3-E

SECTION 15 T-29-S, R-3-E | SECTION 14 T-29-S, R-3-E

SANTA TERESA CAPITAL, LLC
PROPERTY ID: 4015171070066
INSTRUMENT NO. 1330896
(PORTION OF 3711.16 AC. PARCEL, PG: 37 OF 51)
D.R.D.C.
DECEMBER 23, 2013

SANTA TERESA CAPITAL, LLC
PROPERTY ID: 4015171462068
INSTRUMENT NO. 1330896
(PORTION OF 3711.16 AC. PARCEL, PG: 37 OF 51)
D.R.D.C.
DECEMBER 23, 2013

JURADO ISRAEL & ELVEA
REV. LIV. TRUST
PROPERTY ID:
4017171400080
DON ANA COUNTY TAX MAP

STATE OF NEW MEXICO
PROPERTY ID: 4015171256174
INSTRUMENT NO. 0531500
D.R.D.C.
SEPTEMBER 13, 2005

SANTA TERESA CAPITAL, LLC
PROPERTY ID: 4016171264166
INSTRUMENT NO. 1330896
(PORTION OF 3711.16 AC. PARCEL, PG: 37 OF 51)
D.R.D.C.
DECEMBER 23, 2013

SANTA TERESA, LLC
PROPERTY ID: 4017171260160
INSTRUMENT NO. 1330896
(PORTION OF 3711.16 AC. PARCEL, PG: 37 OF 51)
D.R.D.C.
DECEMBER 23, 2013

**EPT-STN-1016**
**7.259 AC.**
**316,209 SQ. FT.**

① *EPT-STN-1015*

*EPT-STN-1017*

*U.S.A. STATE OF NEW MEXICO*

*MEXICO*

UNITED STATES OF AMERICA
60' WIDE ROOSEVELT RESERVATION

**PLAT SHOWING** A 7.259 ACRE (316,209 SQUARE FEET) PARCEL OF LAND, MORE OR LESS, BEING A PORTION OF THE STATE OF NEW MEXICO TRACT, BY U.S. PATENT RECORDED IN INSTRUMENT NO. 0531500, DEED RECORDS OF DONA ANA COUNTY, NEW MEXICO, LYING IN LOTS 1, 2, 3 AND 4 OF SECTION 16, TOWNSHIP 29, SOUTH, RANGE 3, EAST, DONA ANA COUNTY, NEW MEXICO.

I, WILLIAM GRAY, NEW MEXICO REGISTERED PROFESSIONAL SURVEYOR NO. 20162, DO HEREBY CERTIFY THAT THIS BOUNDARY SURVEY WAS PERFORMED BY ME OR UNDER MY DIRECT SUPERVISION, THAT THIS SURVEY MEETS THE MINIMUM STANDARDS FOR SURVEYING IN THE STATE OF NEW MEXICO; AS PROMULGATED BY THE NEW MEXICO BOARD OF PROFESSIONAL LAND SURVEYORS.

WILLIAM GRAY        R.P.L.S. 20162

| AREA TABLE | |
|---|---|
| **AREA** | **ACRES** |
| PARENT TRACT | ±309.057 |
| TAKING TRACT | ±7.259 |
| REMAINING PARENT TRACT NORTH OF TAKING TRACT | ±301.798 |
| REMAINING PARENT TRACT SOUTH OF TAKING TRACT | ±0.000 |

GRID NORTH

0        2000        4000

SCALE: 1" = 2000'
COMBINED SCALE FACTOR: 0.9997345015
CONVERGENCE ANGLE: -0° 10' 02"

SHEET NUMBER
19 OF 19

**METES & BOUNDS SURVEY**
**STATE OF NEW MEXICO**
**TRACT NO. EPT-STN-1016**
**DONA ANA COUNTY, NEW MEXICO**

| Mark | Description | Date | Appr. |
|---|---|---|---|
| | | | |

| | BY | DATE |
|---|---|---|
| Drawn | JP | 8/25 |
| Checked | BG | 8/25 |
| Surveyor | BG | 8/25 |
| Fld.Bk. # | EMC-25-082 | |

Contract No.: W912P9-20-D-0023
Task Order No.: Santa Teresa Boundary Survey

**EMC**
SURVEYING & MAPPING
2472 SUNSET DRIVE
GRENADA, MISSISSIPPI 38901
PHONE: (662) 226-5166
EMAIL: INFO@EMCSURVEY.COM
WEB: WWW.EMCSURVEY.COM

US Army Corps
of Engineers

EMC PROJECT NO. 25-082        FILE NAME: EPT-STN-1016.DWG        DATE: 8/29/2025

## SCHEDULE D (Cont.)



SANTA TERESA CAPITAL, LLC
PROPERTY ID: 4015171070066
INSTRUMENT NO. 1330896
(PORTION OF 3711.16 AC.
PARCEL, PG: 37 OF 51)
D.R.D.C.
DECEMBER 23, 2013

SECTION 16
T-29-S, R-3-E

SANTA TERESA CAPITAL, LLC
PROPERTY ID: 4015171462068
INSTRUMENT NO. 1330896
(PORTION OF 3711.16 AC.
PARCEL, PG: 37 OF 51)
D.R.D.C.
DECEMBER 23, 2013

STATE OF NEW MEXICO
PROPERTY ID: 4015171256174
INSTRUMENT NO. 0531500
D.R.D.C.
SEPTEMBER 13, 2005

EPT-STN-1016
7.259 AC.
316,209 SQ. FT.

EPT-STN-1015

## SCHEDULE D (Cont.)

