UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) **NOTICE OF CONDEMNATION** |
| vs. | ) |
| 7.259 ACRES OF LAND, MORE OR LESS, SITUATE IN DOÑA ANA COUNTY, STATE OF NEW MEXICO; STATE OF NEW MEXICO; AND DOÑA ANA COUNTY TREASURER, | ) CIVIL NO.   2:26-cv-01938 |
| Defendants. | ) |

**TO:   All those persons and entities listed in Schedule "G," which is attached hereto and made a part hereof**

YOU ARE HEREBY NOTIFIED that Plaintiff United States of America has filed a Complaint in Condemnation and a Declaration of Taking (under 40 U.S.C. § 3114) with the Office of the Clerk of the United States District Court for the District of New Mexico to condemn certain estates, described in Schedule "E" attached hereto, for public purposes in the property described in Schedule "C" and depicted in Schedule "D," attached hereto.  The authority for the taking is set forth in Schedule "A," attached hereto.  The uses for which the property are to be taken are set forth in Schedule "B," attached hereto.

If you have any objection or defense to the taking of the property in which you may have or claim some interest, you are required to serve upon Plaintiff's attorney, at the address on the first page of this Notice, within twenty-one (21) days after service of this Notice upon you, exclusive of the date of service, an Answer identifying the property in which you claim to have an interest, stating the nature and extent of the interest claimed, and stating all your objections and defenses to the taking of the property.

A failure to serve an Answer shall constitute consent to the taking and to the authority of the Court to proceed to hear the action and to fix the just compensation.  It shall also constitute a waiver of all defenses and objections to the taking.

If you have no objection or defense to the taking you may file with the Court, and serve on the Plaintiff's attorney, a Notice of Appearance designating the property in which you claim to be interested and thereafter you shall receive notice of all proceedings affecting the said property.

You are further notified that at the trial of the issue of just compensation, whether or not you have answered or served a Notice of Appearance, you may present evidence as to the amount of compensation to be paid for the property acquired herein and you may share in the distribution of the award for compensation.

You are further notified, however, that unless you file a Notice of Appearance, this proceeding may proceed to pretrial or trial without further notice to you.

You are further notified that all persons, firms, and corporations named as Defendants herein are joined as Defendants generally to the end that all right, title, interest and estate of all said Defendants to any and all of the lands herein involved shall be divested out of them to the extent of the estate taken in the Declaration of Taking.

You are further notified that a Declaration of Taking has been filed in this case whereby the interest condemned vests in the United States when estimated just compensation as set forth in Schedule "F," attached hereto, is deposited in the registry of the court, in an interest-bearing account for the use of the persons entitled thereto.

DATED:  June 16, 2026                    UNITED STATES OF AMERICA


                                  s/ *Charlotte M. Huffman*_____
                                  CHARLOTTE M. HUFFMAN

2

CHARLOTTE HUFFMAN (IL Bar No. 6296779)
ANDREA C. BONVECCHIO (NC Bar No. 56438)
Trial Attorneys, U.S. Department of Justice
Land Acquisition Section
Environment & Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 305-5160
Fax: (202) 514-8865
E-mail: charlotte.huffman@usdoj.gov
andrea.bonvecchio@usdoj.gov

ANDREW A. SMITH (NM Bar No. 8341)
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102
Tel: (505) 224-1468
Fax: (505) 346-7205
E-mail: andrew.smith@usdoj.gov

*Attorneys for Plaintiff United States of  America*